■ CITIZENS SAVINGS BANK, Formerly SAVINGS BANK OF TOMPKINS COUNTY, Respondent, v R. H. N. REALTY CORP. et al., Defendants, and ALBERT SCHWARTZBERG et al., Appellants. —Appeal from a judgment of the Supreme Court, Rockland County, dated April 14, 1986.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Edelstein in the Supreme Court, Rockland County. Mangano, J. P., Brown, Kooper and Balletta, JJ., concur.